**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STUART GILFENBAIN, | Case No. 2:19-cv-10027-MCS-MRW |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | |
| Defendant. | |

1

Pursuant to the jury's Verdict and the Court's rulings at trial, it is ordered, adjudged, and decreed:

1. Judgment is entered in favor of Defendant Jaguar Land Rover North America, LLC and against Plaintiff Stuart Gilfenbain on Plaintiff's first claim for breach of express warranty.

2. Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's second claim for breach of implied warranty.

3. Plaintiff shall take nothing from this action. Defendant is entitled to its costs of suit.

**IT IS SO ORDERED.**

Dated: April 11, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE